THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
LEAH S. STRICKLAND [SBN 265724]
lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for MIDLAND CREDIT MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL BRANG,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; AND DOES 1 TO 20, INCLUSIVE,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a)**<br><br>State Court Complaint filed: 03/03/2014 |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441(a) and 1331, Defendant Midland Credit Management, Inc. ("Midland") hereby removes this action from the Superior Court of the State of California for the County of Ventura, Case No. 56-2014-00449617-CL-MC-VTA (the "State Case") to the United States District Court for the Central District of California, Western Division. The grounds for this removal are:

**FACTUAL SUMMARY**

1. On March 3, 2014, plaintiff Michael Brang commenced the State Case alleging violations of the Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code § 1788 *et seq*.), the federal Fair Debt Collection Practices Act (15 U.S.C. §

1692 *et seq*.), and the federal Telephone Consumer Protection Act (47 U.S.C. § 227, *et seq*.).

2. Midland was served with the summons and complaint on March 6, 2014.

3. This notice is therefore timely pursuant to 28 U.S.C. § 1446(b) because it is being filed within thirty days after service of the complaint.

**JURISDICTION**

4. Removal is proper pursuant to 28 U.S.C. § 1441(a), which entitles a defendant to remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction," and 28 U.S.C. § 1331, which gives district courts "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." The district court has supplemental jurisdiction over the alleged state law claim because it is so related to the claim over which the district court has original jurisdiction that it "form[s] part of the same case or controversy." 28 U.S.C. § 1367(a).

5. Pursuant to 28 U.S.C. § 1446(a), Midland attaches as Exhibits 1 and 2 a copy of all process, pleadings, and orders served upon defendant in the State Court action.

DATED: April 4, 2014              SOLOMON WARD SEIDENWURM & SMITH, LLP

By: s/ Thomas F. Landers
    THOMAS F. LANDERS
    LEAH S. STRICKLAND
    Attorneys for MIDLAND CREDIT MANAGEMENT, INC.

1

**INDEX TO EXHIBITS**

2

<u>Pages</u>

3

4  Exhibit 1:   State Court Action.......................................................................  1-9

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

P:00856306:87025.062

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a)

# CERTIFICATE OF SERVICE

I hereby certify I served the foregoing document entitled Notice of Removal of Action Under 28 U.S.C. § 1441(a), Civil Cover Sheet and Certification and Notice of Interested Parties on all parties to this action, on April 4, 2014:

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the documents with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Counsel representing the parties to this action are registered users of the CM/ECF system.

| | |
|---|---|
| Todd M. Friedman, Esq.<br>Arvin Ratanavongse, Esq.<br>Law Offices of Todd M. Friedman, P.C.<br>369 S. Doheny Dr., #415<br>Beverly Hills, CA 90211<br><br>Tel:  (877) 206-4741<br>Fax:  (866) 633-0228<br><br>tfriedman@attorneysforconsumers.com<br>aratanavongse@attorneysforconsumers.com | Attorneys for Plaintiff<br>Michael Brang |

DATED:  April 4, 2014             *s/THOMAS F. LANDERS*
                                                    THOMAS F. LANDERS