UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 14-2592 MWF (PJWx)**                              Dated: **May 27, 2014**

Title:     Michael Brang -*v*- Midland Credit Management, Inc.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

PROCEEDINGS (IN CHAMBERS):     COURT ORDER

In light of the Notice of Settlement filed May 30, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for June 30, 2014 at 11:30 a.m. If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar. All other dates and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                    Initials of Deputy Clerk   rs
CIVIL - GEN

-1-